THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**OLYMPUS AMERICA, INC.,**<br><br>　　　　　　　Defendant. | Civil Action No. 2:17-cv-194<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

　　Plaintiff Display Technologies, LLC and Defendant Olympus America, Inc. hereby notify the Court that all matters in controversy in the action between these two parties have been settled, in principal.  The parties request a stay of 30 days of all deadlines to afford them time to complete the execution of a settlement agreement and to submit appropriate dismissal papers.

DATED May 19, 2017.                                    Respectfully submitted,

                                                        */s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF DISPLAY TECHNOLOGIES, LLC**

*/s/ Matthew J. Moffa*
WILLIAM J. MCCABE
NY State Bar No. 2258085
WMcCabe@PerkinsCoie.com
MATTHEW J. MOFFA
NY State Bar No. 5045067
MMoffa@PerkinsCoie.com
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0085
Phone: (212) 262-6900
Fax: (212) 977-1649

**ATTORNEYS FOR DEFENDANT OLYMPUS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon counsel of record via the Court's CM/ECF system on May 19, 2017.

                                                        */s/ Thomas C. Wright*