THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**OLYMPUS AMERICA, INC.,**<br><br>        Defendant. | Civil Action No. 2:17-cv-194<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL PURSUANT to RULE 41(a)(1)(A)(i)

Display Technologies, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of the above-captioned action without prejudice, with each party to bear its own costs, attorneys' fees and expenses. The defendant has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.

Respectfully submitted,

*/s/ Thomas C. Wright*
THOMAS C. WRIGHT
State Bar No. 24028146
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone: 214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF**

1

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 9th day of June, 2017, all counsel of record are being served with a copy of this document through the Courts CM/ECF system.

                                                */s/ Thomas C. Wright*
                                                Thomas C. Wright